UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK GEORGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-711-SEB-MJD |
| | ) |
| UTILITY TRAILERS OF INDIANAPOLIS, | ) |
| INC. d/b/a UTILITY PETERBILT | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Mark George, Plaintiff, by counsel, and Utility Trailers of Indianapolis, Inc., Defendant, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate and agree to the dismissal, with prejudice, of the Plaintiff's claims against Defendant in their entirety. Each party shall bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

*s/* Alejandro Valle
Alejandro Valle, Atty. No. 22863-49
GONZALEZ SAGGIO & HARLAN, LLP
135 North Pennsylvania Street, Suite 1740
Indianapolis, IN 46204


*s/* Quincy E. Sauer
Quincy E. Sauer, Atty. No. 27320-49
MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204